# NO. 12-15-00165-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TREY BECK, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF HAYDEN RUSSELL, DECEASED* | § | *APPEAL FROM THE 217TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *DALE BLANTON RUSSELL AND LORETTA KINGSLEY, APPELLEES* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed because Appellant has failed, after notice, to pay or make arrangements to pay the trial court clerk's fee for preparing the clerk's record. The trial court's judgment was signed on May 8, 2015, and Appellant timely filed a notice of appeal. The clerk's record was due on September 8, 2015. On September 9, 2015, this court notified the trial court clerk that the record had not been filed. The clerk responded on October 7, 2015, by filing a motion for extension of time to file the clerk's record. In the motion, the clerk stated that the reason for the delay in filing was that Appellant had not made a claim of indigence and had failed to either pay or make arrangements to pay for the preparing of the clerk's record. On that same date, this court informed Appellant that, pursuant to rules of appellate procedure 37.3(b) and 42.3(c), the appeal would be dismissed unless proof of full payment to the clerk was provided to this court no later than October 19, 2015.

The October 19, 2015 deadline has now passed, and Appellant has neither provided proof of full payment nor otherwise responded to this court's notice. Accordingly, the appeal is ***dismissed***. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

Opinion delivered October 21, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 21, 2015

NO. 12-15-00165-CV

**TREY BECK, INDIVIDUALLY AND AS EXECUTOR
OF THE ESTATE OF HAYDEN RUSSELL, DECEASED**
Appellant
V.
**DALE BLANTON RUSSELL AND LORETTA KINGSLEY,**
Appellees

Appeal from the 217th District Court

of Angelina County, Texas (Tr.Ct.No. CV-01158-12-02)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*